UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONCHITA C. ANG<br><br>     Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, ET AL.<br><br>     Defendants. | CASE NO. ED CV 12-01638 (JAK) (SPx)<br><br>**JUDGMENT   JS-6**<br><br>DATE:   May 6, 2013<br>TIME:   8:30 a.m.<br>CRTRM:  750 – 7th Floor<br><br>Assigned to Judge John A. Kronstadt<br>Referred to Magistrate Judge Sheri Pym |

Plaintiff Conchita C. Ang brought this action against the Honorable Brian McCarville (Superior Court), County of San Bernardino and the County of San Bernardino Sheriff Department (the "San Bernardino Defendants"); Aurora Loan Services, LCC; Aurora Bank FSB; Nationstar Mortgage LCC; HSBC Bank USA, N.A.; Akerman Senterfitt LLP; attorney Justin D. Balser (the "Aurora Defendants"); TFLG, A Law Corporation; attorney Eric G. Fernandez; and attorney Sean H. Bedrosian (the "TFLG Defendants") (collectively "Defendants").

On October 17, 2012, the Honorable Brian McCarville moved to dismiss the Complaint based on judicial immunity. On January 7, 2013, this Court granted that motion with prejudice. Thereafter, Plaintiff filed a First Amended Complaint ("FAC") advancing three causes of action: (i) "for violation of land patent and constitutional rights ['Supremacy Clause – Laws of the United States'];" (ii) "for constitutional violations;" and (iii)

violations of the Racketeer Influenced and Corrupt Organizations (RICO) Act.

All Defendants moved to dismiss the FAC. Plaintiff did not file any opposition. On May 6, 2013, the Court heard oral argument on the motions. Counsel for each defendant appeared at the hearing, but Plaintiff did not. The Court granted the motions.

Therefore, it is hereby adjudged that:

Judgment is entered in favor of Defendants Honorable Brian McCarville, County of San Bernardino and the County of San Bernardino Sheriff Department, Aurora Loan Services, LCC, Aurora Bank FSB, Nationstar Mortgage LCC; HSBC Bank USA, N.A., Akerman Senterfitt LLP, Attorney Justin D. Balser, TFLG, A Law Corporation; attorney Eric G. Fernandez, and Attorney Sean H. Bedrosian.

DATED: June 20, 2013  _____

John A. Kronstadt
United States District Judge